**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JASON E. FENNER
ADC #127315**                                                                                                          **PLAINTIFF**

**v.**                                               **4:08CV04164-WRW**

**GEORGE W. BUSH** *et al.*                                                                             **DEFENDANTS**

## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case based on 28 U.S.C. § 1915A(b)(1) for failure to state a claim. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE